IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO.: 1:26-cv-248

| | |
|---|---|
| TYRA NOELLE SMALLEY,<br><br>            Plaintiff,<br>vs.<br><br>ARBOR ACRES UNITED METHODIST<br>RETIREMENT COMMUNITY<br>FOUNTAIN HILL HOME CARE[1],<br><br>            Defendant. | **NOTICE OF REMOVAL** |

Defendant Arbor Acres United Methodist Retirement Community Fountain Hill Home Care ("Defendant"), by and through its undersigned counsel, hereby files this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division for Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. This action is being removed to federal court based on federal question jurisdiction.

In support of this Notice of Removal, Defendant respectfully shows as follows:

1.      This action is being removed to federal court based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 in that the action arises under the laws of the United States, specifically the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e,

---

[1] Arbor Acres United Methodist Retirement Community, Inc. is the parent company of Fountain Hill Home Care, with whom Plaintiff was employed.

1

et. seq. as evidenced by Plaintiff's EEOC Charge of Discrimination, Charge No. 435-2025-01540, that was filed with the Complaint in Forsyth County Superior Court, a true and exact copy of which is attached hereto as **Exhibit A**.

2. On February 10, 2026, Plaintiff filed a civil action against Defendant in the General Court of Justice, Civil Superior Court Division for Forsyth County, North Carolina, entitled *Tyra Noelle Smalley v. Arbor Acres United Methodist Retirement Community Fountain Hill Home Care*, case number 26CV002086-330 ("State Action").

3. On February 10, 2026, Plaintiff issued a Civil Summons as to Defendant to be served with the Complaint.

4. On February 14, 2026, Defendant was served with the State Action Summons and Complaint.

5. True and accurate copies of the State Action Complaint, Issued Summons, Plaintiff's Petition to Proceed as an Indigent, Affidavit of Service of the State Court Summons and Complaint are attached hereto as **Exhibits A, B, C, and D,** respectively, pursuant to 28 U.S.C. § 1446(a), and are incorporated by reference.

6. No further proceedings have occurred in the State Action. Defendant has not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the General Court of Justice, Superior Court Division for Forsyth County, North Carolina.

7. This Notice of Removal is timely filed within thirty (30) days of service of the Summons and Complaint on the Defendant, pursuant to 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq.

9. The United States District Court for the Middle District of North Carolina embraces the district in which the State Action is now pending (Forsyth County).

10. Defendant therefore files this Notice of Removal of the State Action from the Superior Court in which it is now pending to the United States District Court for the Middle District of North Carolina.

11. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff, and Defendant is promptly causing a copy of this Notice of Removal to be filed with the Clerk of the Superior Court for Forsyth County, North Carolina, as shown by the Notice attached hereto as **Exhibit E**.

12. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has claims upon which relief can be granted or those related to service or process.

**WHEREFORE**, Defendant prays that this action be removed from the Superior Court of Forsyth County, North Carolina, to the United States District Court for the Middle District of North Carolina.

Respectfully submitted, this the 13th day of March, 2026.

3

**JACKSON LEWIS P.C**.

BY:  */s/ Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jason.federmack@jacksonlewis.com
*Attorney for Defendant*

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO.: 1:26-cv-248

TYRA NOELLE SMALLEY,

        Plaintiff,

vs.

ARBOR ACRES UNITED METHODIST
RETIREMENT COMMUNITY
FOUNTAIN HILL HOME CARE,

        Defendant.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 13, 2026, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, and was served on the Pro Se Plaintiff by U.S. mail, and courtesy copies served on the Plaintiff via email, addressed as follows:

Tyra Noelle Smalley
824 Williams Rd.
Lewisville, NC 27023
Tyra.smalley@icloud.com
Tyra.smalley@yahoo.com
*Pro Se Plaintiff*

**JACKSON LEWIS P.C**.

BY:  /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460

5

Facsimile: (919) 760-6461
Email: Jason.federmack@jacksonlewis.com
*Attorney for Defendant*

Case 1:26-cv-00248-CCE-JEP    Document 1    Filed 03/13/26    Page 6 of 6